[No. 12809-1-III.     Division Three.     April 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE THOMAS BOOTEN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 92-8-01000-0, Neal Q. Rielly, J. Pro Tem., entered

October 9, 1992. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.